RICHARD C. DeNORMANDIE, Respondent, v. LEWIS COHEN and Others, Defendants. BLYTHEMERE CONSTRUCTION CORPORATION, Appellant.— Order granting plaintiff's motion to strike out appellant's amended answer, to dismiss its counterclaim and for judgment on the pleadings against it, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

LOUIS FALTIN, an Infant, by LOUIS FALTIN, His Guardian ad Litem, Respondent, v. TULLY & DI NAPOLI, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ.

JOHN C. GALLAGHER, Respondent, v. MARCELLA GALLAGHER, Appellant.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, to the extent of awarding counsel fee in the sum of one hundred and fifty dollars in this action; the order to direct the payment by plaintiff to defendant of such sum, payable within twenty days after the service of a copy of the order to be entered upon this decision with notice of entry thereof. The award to the defendant in this action of alimony and counsel fee in her separation action against the plaintiff herein did not warrant the Special Term in refusing to award counsel fee in this annulment action. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

EDMUND W. GEST, Respondent, v. FRANK A. WHITEHEAD and Others, Appellants, and ANNA WHITEHEAD, Defendant.— Order denying motion to change place of trial reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs. The convenience of witnesses and the interests of justice require that this case be tried in Orange county. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

HENRIETTA GOLDSTEIN, Respondent, v. JOSEPH GOLDSTEIN, Appellant.— Order granting motion for alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

GOTHAM CONSTRUCTION CORPORATION, Respondent, Appellant, v. THE CITY OF NEW YORK, Appellant, Respondent.— On reargument, order modified by striking therefrom the words "in so far as it relates to the records referring to or indicating the elevation of the water" after the word "granted," and as so modified affirmed, with ten dollars costs and disbursements to plaintiff. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Seeger, JJ., concur.

ESTHER HELFANT, Respondent, v. DAVID HELFANT, Appellant.— Order modified by reducing the amount of alimony to forty dollars a week and the counsel fee to three hundred and fifty dollars, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.

IRVING INDUSTRIAL CORPORATION, Respondent, v. THE LUHAR CORPORATION and Others, Defendants. MORRIS BERCOVITZ, Respondent, Appellant.— Order confirming report of official referee and directing payment by purchaser affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Seeger and Scudder, JJ., concur.